UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRICIA S.,

                                Plaintiff,

                                                                              6:24-CV-876
      v.                                                                      (DJS)

COMMISSIONER OF SOCIAL SECURITY,
                                Defendant.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking review of a decision by the Commissioner of Social Security that Plaintiff was not disabled. Dkt. No. 1. Defendant now concedes that this matter must be remanded. Dkt. No. 11. Plaintiff consents to a remand pursuant to sentence four. Dkt. No. 12.

      **ACCORDINGLY**, it is

      **ORDERED**, that Defendant's decision denying Plaintiff disability benefits is **VACATED and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings**; and it is

      **ORDERED**, that the Clerk of the Court shall serve copies of this Order on the parties.

Dated: February 26, 2025
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge